**SEALED**

1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL D. ANDERSON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2755



FILED

OCT 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) S.W. NO. |
|---|---|
| | ) 2:10-SW-0466 DAD |
| 2427 GREYSTONE DRIVE | ) ORDER RE: REQUEST TO SEAL |
| TRACY, CALIFORNIA 95377 | ) DOCUMENTS |
| | ) **UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: October 22, 2010

_____
United States Magistrate Judge

1